# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **VS.** | ) | 2:14-cr-0019-JHH-HGD |
| **TAVARES LAVELL MOORE** | ) | |

## ORDER

Having reviewed and considered Defendant's December 1, 2014 Motion to Suppress (Doc. #13) and the December 22, 2014 Report and Recommendation (Doc. #20) of Magistrate Judge Davis, Defendant's December 1, 2014 Motion to Suppress (Doc. #13) is **OVERRULED** and the Report and Recommendation (Doc. #20) is **ADOPTED AND APPROVED**.

**DONE** this the ___13th___ day of January, 2015.

_James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE